ELIZABETH N. PERRY, PLAINTIFF IN ERROR, VS. J. EDWARD ALLEN, DEFENDANT IN ERROR.

Writ of Error to Circuit Court, Orange county.

*Walker & L'Engle*, for Plaintiff in Error.

*J. Edward Allen*, in *pro per.*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiff in error. There was judgment for the plaintiff, and the defendant takes writ of error. The judgment is affirmed.

Decision Per Curiam.

Application for rehearing denied June 1, 1897.